IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA,  Plaintiffs,  vs.  SHARON A. ELDER, CORNERSTONE PLAZA;  Defendants. | 4:15CR3091  ORDER |
|---|---|

IT IS ORDERED:

1) The motions of attorney Robert Creager to withdraw as counsel of record for defendants Sharon A. Elder and Cornerstone Plaza, (filing nos. 54 and 55), are granted.

2) Defendant's newly retained counsel, Joseph C. Patituce, shall promptly notify the defendant of the entry of this order.

3) The clerk shall delete Robert Creager from any future ECF notifications herein.

December 7, 2015.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge