IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:15CR3091 |
| v. | |
| SHARON A. ELDER, | **MEMORANDUM AND ORDER** |
| Defendant. | |

Defendant has filed an objection (Filing 129) to Magistrate Judge Zwart's July 28, 2016, order (Filing 127) continuing the pretrial motion deadline and excluding time for purposes of the Speedy Trial Act as to *all* defendants.

IT IS ORDERED that Defendant's objection (Filing 129) is denied without prejudice to its refiling following Magistrate Judge Zwart's response to this court's order dated July 12, 2016 (Filing 99), which directed the Magistrate Judge to further consider Defendant's motion for severance.

DATED this 5th day of August, 2016.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge