IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>ALLEN E. PEITHMAN JR., SHARON A. ELDER, JACIE L. SANNE, CORNERSTONE PLAZA, AND Inc.; and AEP PROPERTIES, L.L.C.;<br><br>　　　　　Defendants. | 4:15CR3091<br><br>ORDER FOR PRODUCTION |

　　　　Defendant Elder has filed a motion to sever. (Filing No. 89). In her motion, Elder argues "[a] fair trial cannot be had without severance." (Id. at CM/ECF p. 4). Elder asserts her co-defendants "may have given statements which either directly or indirectly incriminate [her]," (Id. at CM/ECF p. 3), and admission of those potential statements at a joint trial will prejudice Elder and create a problem under Bruton v. United States, 391 U.S. 123 (1968). (Filing No. 89 at CM/ECF pp. 3–4). Elder further argues many of the government's exhibits will be admissible against her co-defendants but not her and the jury will be unable to make an individualized determination as to each defendant due to the sheer volume of exhibits. (Id. at CM/ECF p. 4). Accordingly, for the purposes of deciding Defendant Elder's motion to sever,

　　　　IT IS ORDERED that on or before August 18 ,2016, counsel for the Government shall submit to the court, *for in camera review*:

　　　　1) All evidence of statements which the government intends to use at trial that were made by a codefendant being tried and may implicate Defendant Elder;

2

2) A list of all exhibits and evidence which the government intends to offer at the trial of Elder's codefendants that will be inadmissible against Elder, with a brief description of the nature of the evidence.

Dated this 8th day of August, 2016

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge