IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:15CR3091 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **MEMORANDUM** |
| v. | ) | **AND ORDER** |
| | ) | |
| SHARON A. ELDER, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

On August 12, 2016, Magistrate Judge Cheryl R. Zwart made certain findings of fact and recommended that Defendant's motion to suppress (Filing No. 112) be denied insofar as Defendant's Fourth Amendment claim is concerned.[1] No objections to the findings and recommendation have been filed within the time prescribed by 28 U.S.C. § 636(b).

I have conducted a de novo review of the record. I find that inasmuch as the Magistrate Judge has fully, carefully, and correctly found the facts and applied the law, the findings and recommendation should be adopted and Defendant's motion to suppress should be denied insofar as Defendant's Fourth Amendment claim is concerned. Accordingly,

IT IS ORDERED:

1. The Magistrate Judge's findings and recommendation (Filing No. 133) are adopted.

---

[1]Elder's Fourth Amendment claim is that evidence gained as a result of a search warrant (Filing No. 114) executed on April 23, 2015, should be suppressed for lack of probable cause. Elder's Fifth Amendment claim has been scheduled for a hearing before Magistrate Judge Zwart. (Filing No. 133; Filing No. 138; Filing No. 139 (text order).)

2.  Defendant's motion to suppress (Filing No. 112) is denied insofar as Defendant's Fourth Amendment claim is concerned.

DATED this 7th day of September, 2016.

BY THE COURT:
s/ *Richard G. Kopf*
Senior United States District Judge
