IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>SHARON ELDERS, et al.<br><br>                Defendant. | Case No. 4:15-cr-3091<br><br>**ORDER** |

Upon consideration of Defendant Elder's motion to modify the "no contact" provision with AJ Peithman in her bond, to permit contact between the Defendants in the presence of both their counsel, and having been informed by the Motion that neither Ms. Fullerton nor Mr. Reiman object to it, the motion should be granted.

IT IS THEREFORE ORDERED that the motion to modify is granted and the no contact provision of the bond will be modified to permit contact between the Defendants in the presence of both their counsel. In all other respects, the bond shall remain in full force and effect.

This 14th day of November, 2016.

BY: _____
United States Magistrate Judge Zwart