IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:15CR3091 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **MEMORANDUM** |
| v. | ) | **AND ORDER** |
| | ) | |
| SHARON A. ELDER, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

    On October 31, 2016, Magistrate Judge Cheryl R. Zwart made certain findings of fact (Filing 154) and recommended that Defendant's motion to suppress (Filing 112) be denied insofar as Defendant's Fifth Amendment claim is concerned.[1] No objections to the Findings and Recommendation have been filed within the time prescribed by 28 U.S.C. § 636(b).

    I have conducted a de novo review of the record. I find that inasmuch as the Magistrate Judge has fully, carefully, and correctly found the facts and applied the law, the Findings and Recommendation should be adopted and Defendant's motion to suppress should be denied insofar as Defendant's Fourth Amendment claim is concerned. Accordingly,

---

[1] Judge Zwart previously issued a Findings and Recommendation (Filing 133) regarding Elder's Fourth Amendment claim, and I adopted that Recommendation on September 9, 2016. (Filing 142.) At the time Elder's Fourth Amendment claim was resolved, Elder's Fifth Amendment claim had been scheduled for a hearing before Magistrate Judge Zwart, but had not yet occurred. (Filing 133; Filing 138; Filing 139 (text order).)

IT IS ORDERED:

1. The Magistrate Judge's Findings and Recommendation (Filing 154) is adopted.

2. Defendant's motion to suppress (Filing 112) is denied insofar as Defendant's Fifth Amendment claim is concerned.

DATED this 28th day of November, 2016.

> BY THE COURT:
> s/ *Richard G. Kopf*
> Senior United States District Judge