IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:15CR3091 |
| | ) | |
| V. | ) | |
| | ) | |
| SHARON A. ELDER, | ) | ORDER |
| CORNERSTONE PLAZA, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

IT IS ORDERED that it is my intention to grant the motion to withdraw (filing no. 336) but only after (1) the entry of appearance of a substitute lawyer and (2) the filing of a written consent signed by Ms. Elder on behalf of herself and Cornerstone.

DATED this 26th day of April, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge