IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 4:15CR3091 |
| v. | ) | |
| SHARON A. ELDER, CORNERSTONE PLAZA, INC., | ) | ORDER |
| Defendants. | ) | |

Robert B. Creager has entered his appearance as attorney for Defendants Sharon A. Elder and Cornerstone Plaza, Inc. Accordingly,

IT IS ORDERED that Richard L. Boucher's and Boucher Law Firm's motion to withdraw as counsel (filing no. 336) is granted.

DATED this 1st day of May, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge