IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                   Plaintiffs,<br><br>vs.<br><br>SHARON A. ELDER,<br><br>                   Defendant. | **4:15CR3091**<br><br>**ORDER** |

After consultation with counsel,

IT IS ORDERED that:

(1) Plaintiff's counsel shall supplement her compassionate release motion, Filing no. 516, by filing an affidavit with supporting documents showing that she has either exhausted her administrative remedies or that 30 days have elapsed since the request for compassionate release was submitted to the warden. The defendant shall have until June 1, 2020, to supplement the motion.

(2) The government shall respond within 7 days after the submission of the defendant.

Dated this 13th day of May, 2020.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge