IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>SHARON A. ELDER,<br><br>  Defendant. | 4:15CR3091<br><br>**ORDER** |

In light of Chief Judge Gerrard's opinion in *United States v. Jenkins*, 4:15CR3079, Filing no. 88, I find that Ms. Elder has exhausted her administrative remedies. Therefore,

IT IS ORDERED that the United States Probation Office for the District of Nebraska shall as soon as reasonably possible obtain Ms. Elder's medical records from the Bureau of Prisons, file those medical records as sealed documents in this case, and provide copies to counsel for the government and counsel for the defendant. The court will then consider Ms. Elder's motion for compassionate release and may give the parties the opportunity to submit supplemental briefing. The Clerk's office shall provide a copy of this order to Supervising United States Probation Officers Kelly Nelson and Aaron Kurtenbach.

Dated this 27th day of May, 2020.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge