IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>SHARON A. ELDER,<br><br>                Defendant. | 4:15CR3091<br><br>ORDER |

IT IS ORDERED that:

(1)   The undersigned's chambers staff shall provide counsel of record with a copy of the sealed Bureau of Prisons medical records (Filing no. 522).

(2)   Upon receipt of the Probation Office's evaluation concerning the defendant's compassionate release motion, the undersigned will file a briefing order. Counsel need not respond until a briefing order has been filed.

Dated this 10th day of June, 2020.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge