IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SHARON A. ELDER,<br><br>Defendant. | 4:15CR3091<br><br>**ORDER** |

On the filing of the medical records and the excellent report by the U.S. Probation Officer,

IT IS ORDERED that counsel shall file simultaneous briefs on the issue of compassionate release no later than June 29, 2020.

Dated this 17th day of June, 2020.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge