IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>SHARON A. ELDER,<br><br>                Defendant. | 4:15CR3091<br><br>**MEMORANDUM AND ORDER** |

      I received a letter from Supervising United States Probation Officer Aaron Kurtenbach dated June 29, 2020. A copy was provided to counsel. I then held a telephone conference with counsel and Mr. Kurtenbach.

      Ms. Elder has been released by the Bureau of Prisons pursuant to the provisions of 18 U.S.C. § 3624(c)(2), as amended by the Cares Act. That then forced me to consider whether I should deny without prejudice the pending motion to reduce the defendant's sentence for compassionate release. Filing no. 516. After a telephone conference with counsel, counsel for the government agreed that I should deny the motion without prejudice. Mr. Creager preferred that I grant the motion but had no objection to my proposal that I deny it without prejudice. Therefore,

      IT IS ORDERED that:

      (1)    Filing no. 516, the motion to reduce sentence for compassionate release, is denied without prejudice.

      (2)    The Clerk of Court shall file Mr. Kurtenbach's letter dated June 29, 2020, as a sealed document.

      (3)    The briefing schedule is cancelled.

      June 29, 2020.

                                                                                       BY THE COURT:

                                                                                         *Richard G. Kopf*

                                                                                         Richard G. Kopf<br>                                                                                         Senior United States District Judge