IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:15CR3091 |
| vs. | |
| SHARON A. ELDER, | ORDER |
| Defendant. | |

For the reasons stated in the Federal Public Defender's motion to withdraw (Filing No. 579) and the Probation Officer's retroactive sentencing worksheet (Filing No. 580), the Court finds that the defendant is not eligible for a sentence reduction pursuant to U.S.S.G. Amend. 821, made retroactive by U.S.S.G. Amend. 825. Accordingly,

**IT IS ORDERED:**

1. The Federal Public Defender's motion to withdraw (Filing No. 579) is granted.
2. The defendant's pro se motion to reduce her term of supervised release (Filing No. 577) is denied.
3. The Clerk of the Court shall prove a copy of this order to the defendant at the defendant's last known address.

Dated this 12th day of August, 2024.

BY THE COURT:

Susan M. Bazis
United States District Judge